U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 2 6 2010

CLERK, U.S. DISTRICT COURT
By _____
Deputy

CASE NO.: 3:09-CR-353-L

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA    )
                            )
VS.                         )
                            )
ADOLFO CABRERA-VALDOVINOS   )

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

Adolfo Cabrera-Valdovinos, by consent, under authority of United States v. Dees, 125 F.3d

261 (5th Cir. 1997), appeared before me pursuant to Rule 11 of the Federal Rules of Criminal

Procedure, and entered a plea of guilty to Count(s) 1 of the Indictment on January 26, 2010.  After

cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule

11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s)

charged is supported by an independent basis in fact containing each of the essential elements of

such offense.  I therefore recommend that the plea of guilty be accepted, and that Defendant be

adjudged guilty and have sentence imposed accordingly.


Date:   January 26, 2010.


_____
UNITED STATES MAGISTRATE JUDGE


## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).